UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAL LANGWORTHY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No.: 1:15-cv-01100 JLT<br><br>ORDER GRANTING MOTION TO DISMISS THE MATTERWITH PREJUDICE<br><br>(Doc. 15) |

On November 7, 2016, the parties filed a joint motion to dismiss this matter. (Doc. 15) They represent that they resolved this matter through arbitration and have a written settlement agreement. Id. at 1. Thus, they move the Court to dismiss the action.

Based upon the request of the parties, the joint motion to dismiss with prejudice is **GRANTED**.

IT IS SO ORDERED.

Dated: __November 7, 2016__         __/s/ Jennifer L. Thurston__
                                                            UNITED STATES MAGISTRATE JUDGE